Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Bassil Madanat, Bar No. 285280
bassil@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiffs j2 Cloud Services, LLC. and Advanced Messaging Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 CLOUD SERVICES, LLC, AND ADVANCED MESSAGING TECHNOLOGIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FAX87, FARJAD FANI, MATT JOHNSON FINANCE, INC., ONE VOIX, MIRALUNA CABERTE YARDAN, STEVEN THONG WAY SEN, ROBERT BEAULIEU, ONLINEFAXES, SOLIDFAX, FAXVISION, EFAX4LESS, MYPHONEFAX, RESELLFAX, AND DOES 1-10<br><br>Defendants. | Case No. 13-cv-05353-DDP (AJWx)<br><br>**JUDGMENT UNDER FED. R. CIV. P. 54(B)** |

[PROPOSED] RULE 54(B) JUDGMENT

Upon the motion of Plaintiffs j2 Cloud Services, LLC and Advanced Messaging Technologies, Inc., the Court hereby enters judgment under Fed. R. Civ. P. 54(b) in favor of Plaintiffs and against Defendants Fax87, Matt Johnson Finance, Inc., One Voix, Miraluna Caberte Yardan, OnlineFaxes, SolidFax, FaxVision, eFax4Less, MyPhoneFax, and ResellFax as follows:

### **Monetary Relief**

1. On claims for monetary relief, judgment is entered in favor of Plaintiffs and each of the defendants referenced above in the total amount of $26,145,697.

2. Each of Defendants Defendants Fax87, Matt Johnson Finance, Inc., One Voix, Miraluna Caberte Yardan, OnlineFaxes, SolidFax, FaxVision, eFax4Less, MyPhoneFax, and ResellFax is jointly and severally liable for the amount of the judgment.

3. Post-judgment interest shall accrue in accordance with applicable federal law.

### **Injunctive Relief**

4. Defendants Fax87, Matt Johnson Finance, Inc., One Voix, Miraluna Caberte Yardan, OnlineFaxes, SolidFax, FaxVision, eFax4Less, MyPhoneFax, and ResellFax and each their officers, directors, agents, servants, employees, affiliates, attorneys, and all others in privity or concert with them, including parents, subsidiaries, divisions, successors, and assigns, are **PRELIMINARILY AND PERMANENTLY ENJOINED** from:

    a. Selling or offering for sale or otherwise providing in the United States the Internet fax services currently offered through their websites, including fax87.com, enterprise.fax87.com, onlinefaxes.com, solidfax.com, faxvision.com, efax4less.com,

        reserllfax.com, weirdfax.com, faxeightyseven.com, fax87.net, enterprise.fax87.com, myphonefax.com, phonefax87.com, internetfaxes.com and other sister or affiliated websites;

    b. Selling or offering for sale or otherwise providing in the United States any Internet fax services covered by U.S. Patent Nos. 6,208,638 ("the '638 Patent"), 8,310,699 ("the '699 Patent"), and 8,675,220 ("the '220 Patent");

    c. Using j2's EFAX® and E-FAX® marks, as well as any similar marks, in connection with the sale and offer for sale of Internet fax products and services; and

    d. Providing instructions, components, software, technical support, services or otherwise assisting, aiding, or abetting any other person or entity in selling or offering for sale or otherwise providing Internet fax services as described in subparagraphs (a), (b) or (c).

5. The terms of this injunction shall be enforceable against each of Defendants Fax87, Matt Johnson Finance, Inc., One Voix, Miraluna Caberte Yardan, OnlineFaxes, SolidFax, FaxVision, eFax4Less, MyPhoneFax, and ResellFax, their officers, directors, agents, servants, employees, affiliates, attorneys, and all others in privity or concert with them, including parents, subsidiaries, divisions, successors, and assigns.

### Recovering Corporate Assets

6. Under Washington Business Corporation Act § 23B.14.070, Defendants MJF and Fax87 shall use any undistributed assets to pay the judgment entered in this case.

7. Defendants MJF and Fax87 are further ordered to collect assets distributed to any shareholders, officers or directors in order to pay the judgment.

[PROPOSED] RULE 54(B) JUDGMENT

**Entry of Final Judgment**

8. This Court has determined that there is no just reason for delaying entry of judgment against the defendants mentioned above.  Accordingly, pursuant to Fed. R. Civ. P. 58(a) and 54(b), judgment is hereby entered against Defendants Fax87, Matt Johnson Finance, Inc., One Voix, Miraluna Caberte Yardan, OnlineFaxes, SolidFax, FaxVision, eFax4Less, MyPhoneFax, and ResellFax, and in favor of Plaintiffs, according to the terms set forth above.

DATED:  December 15, 2016

_____
Hon. Dean D. Pregerson
UNITED STATES DISTRICT JUDGE