Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Bassil Madanat, Bar No. 285280
bassil@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiffs j2 Cloud Services, LLC. and Advanced Messaging Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 CLOUD SERVICES, LLC, AND ADVANCED MESSAGING TECHNOLOGIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FAX87, FARJAD FANI, MATT JOHNSON FINANCE, INC., ONE VOIX, MIRALUNA CABERTE YARDAN, STEVEN THONG WAY SEN, ROBERT BEAULIEU, ONLINEFAXES, SOLIDFAX, FAXVISION, EFAX4LESS, MYPHONEFAX, RESELLFAX, AND DOES 1-10<br><br>Defendants. | Case No. 13-cv-05353-DDP (AJWx)<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL RE PLAINTIFFS' OPPOSITION TO MYPHONEFAX.COM, LLC'S *EX PARTE* APPLICATION FOR AN ORDER STAYING THE DEFAULT JUDGMENT**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 9C<br><br>Judge: Hon. Dean D. Pregerson |

APPLICATION TO FILE DOCUMENTS UNDER SEAL

1  Plaintiffs j2 Cloud Services, LLC and Advanced Messaging Technologies, Inc. ("Plaintiffs") hereby submit this Application for an Order pursuant to Local Rule 79-5.2.2 for leave to file Exhibits 2-4 to the "Declaration of Guy Ruttenberg in Support of Plaintiffs' Opposition to MyPhoneFax.com, LLC's *Ex Parte* Application for an Order Staying the Default Judgment."

As set forth in the declaration accompanying this Application, Exhibits 2-4 to the "Declaration of Guy Ruttenberg in Support of Plaintiffs' Opposition to MyPhoneFax.com, LLC's *Ex Parte* Application for an Order Staying the Default Judgment" have been designated as "Confidential" by Defendants Farjad Fani and/or Steven Thong under the Protective Order entered by the Court in this case.

A proposed Order granting this motion is enclosed.

DATED:  December 28, 2016    By:    */s/ Guy Ruttenberg*
                                    Guy Ruttenberg
                                    RUTTENBERG IP LAW, A
                                    PROFESSIONAL CORPORATION
                                    1801 Century Park East, Suite 1920
                                    Los Angeles, CA 90067
                                    Telephone: (310) 627-2270
                                    Facsimile: (310) 627-2260
                                    dennis@ruttenbergiplaw.com
                                    *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I caused to be served counsel of record on December 28, 2016 with APPLICATION TO FILE DOCUMENTS UNDER SEAL RE PLAINTIFFS' OPPOSITION TO MYPHONEFAX.COM, LLC'S EX PARTE APPLICATION FOR AN ORDER STAYING THE DEFAULT JUDGMENT via CM/ECF.

Executed on December 28, 2016 in Los Angeles, California.

By: */s/ Guy Ruttenberg*
GUY RUTTENBERG