UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 13-05353 DDP (AJWx)                                        Dated: March 8, 2017

Title:    j2 GLOBAL, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC. -v- FAX87.COM, FARJAD FANI, MATT JOHNSON FINANCE INC.
===================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>Patricia Gomez</u>                                            <u>None Present</u>
Courtroom Deputy                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                              None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED**, on the Court's own motion, the Motions to Dismiss (Dkt. Nos. 66 and 201) and Motion to Vacate Default Judgment (Dkt. No. 212) are hereby continued from March 13, 2017 to March 27, 2017 at 10:00 a.m.

MINUTES FORM 11                                             Initials of Deputy Clerk   PG
CIVIL -- GEN